# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Superior Maritime Services, Inc. and | ) |
| Pacific Maritime Freight, Inc. (d/b/a | ) ASBCA Nos. 58580, 58691 |
| Pacific Tugboat Services) Co-Venture | ) |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCE FOR THE APPELLANT:     Clinton D. Hubbard, Esq.
   Law Offices of Clinton D. Hubbard
   San Diego, CA

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
   Navy Chief Trial Attorney
  Taylor N. Ferrell, Esq
  Stephanie Cates-Harman, Esq.
  Stephen L. Bacon, Esq.
   Trial Attorneys
  M. Lee Kristeller Johnson, Esq.
   Assistant Counsel
   NAVSUP Fleet Logistics Center
   San Diego, CA

  Raymond M. Saunders, Esq.
   Army Chief Trial Attorney
  MAJ Nancy J. Lewis, JA
   Trial Attorney

## ORDER OF DISMISSAL

The parties have settled the referenced appeals. Accordingly, they are hereby dismissed with prejudice.

Dated: 22 April 2015

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58580, 58691, Appeals of Superior Maritime Services, Inc. and Pacific Maritime Freight, Inc. (d/b/a Pacific Tugboat Services) Co-Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals